THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DEBORAH AHO SMITH,**

    **Plaintiff,**

**v.**                                                                            **Civil Action No. 2:19-cv-00469- RAJ-RJK**

**SCHOOL BOARD OF THE CITY OF**
**VIRGINIA BEACH,**

    **Defendant.**

## JOINT NOTICE OF SETTLEMENT

Deborah Aho Smith, by counsel, and the School Board of the City of Virginia Beach, by counsel, jointly give notice that the parties have resolved the claims and defenses between them. the parties will simultaneously file a notice of dismissal, with prejudice, with the Court.

This 13th day of December, 2021.

                                                                            **DEBORAH AHO SMITH**

                                                                            By: /s/ Raymond L. Hogge, Jr.
                                                                            Raymond L. Hogge, Jr. (VSB No. 29445)
                                                                            Hogge Law
                                                                           500 E. Plume Street, Suite 800
                                                                            Norfolk, Virginia 23510
                                                                            Tel: (757) 961-5400
                                                                            Fax: (757) 962-5979
                                                                            Cell: (757) 650-3307
                                                                            rayhogge@virginialaborlaw.com
                                                                            Counsel for Deborah Aho Smith

2

**SCHOOL BOARD OF THE CITY OF VIRGINIA BEACH**

By: /s/ Deborah Y. Collins
Deborah Y. Collins (VSB No. 82835)
Yeng Collins Law, PLLC
440 Monticello Avenue, Suite 1875
Norfolk, Virginia 23510
Tel: (757) 828-5585
Fax: (757) 687-0702
deb@yengcollinslaw.com
Counsel for School Board of
The City Of Virginia Beach

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system that will send notification of such filing to the following:

>Raymond L. Hogge, Jr.
>VSB No. 29445
>Hogge Law
>500 E. Plume Street, Suite 800
>Norfolk, VA  23510
>Tel:  (757) 961-5400
>Fax:  (757)  962-5979
>rayhogge@virginialaborlaw.com
>Counsel for Plaintiff

By: /s/_____
Deborah Y. Collins (VSB No. 82835)
Yeng Collins Law, PLLC
440 Monticello Avenue, Suite 1875
Norfolk, Virginia 23510
Tel: (757) 828-5585
Fax: (757) 687-0702
deb@yengcollinslaw.com
Counsel for School Board of
The City Of Virginia Beach