THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**DEBORAH AHO SMITH,**

    **Plaintiff,**

v.                                          Civil Action No. 2:19-cv-00469- RAJ-RJK

**SCHOOL BOARD OF THE CITY OF
VIRGINIA BEACH,**

    **Defendant.**

## STIPULATION OF DISMISSAL WTH PREJUDICE

THIS MATTER coming before the Court on the parties' Joint Motion for Dismissal with Prejudice, for good cause show, Plaintiff's claims are DISMISSED WITH PREJUDICE. All parties shall be responsible for their own attorneys' fees and expenses. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am*., 511 U.S. 375 (1994), the Court reserves jurisdiction to enforce the terms of the agreement to settle this case.

    IT IS SO ORDERED.

                                                                                            _____
                                                                                            **Raymond A. Jackson
                                                                                            United States District Judge**

December \_\_\_\_\_, 2021

**DEBORAH AHO SMITH**

By: /s/ Raymond L. Hogge, Jr.
Raymond L. Hogge, Jr. (VSB No. 29445)
Hogge Law
500 E. Plume Street, Suite 800
Norfolk, Virginia 23510
Tel: (757) 961-5400
Fax: (757) 962-5979
Cell: (757) 650-3307
rayhogge@virginialaborlaw.com
Counsel for Deborah Aho Smith

**SCHOOL BOARD OF THE CITY OF VIRGINIA BEACH**

By: /s/ Deborah Y. Collins
Deborah Y. Collins (VSB No. 82835)
Yeng Collins Law, PLLC
440 Monticello Avenue, Suite 1875
Norfolk, Virginia 23510
Tel: (757) 828-5585
Fax: (757) 687-0702
deb@yengcollinslaw.com
Counsel for School Board of
The City Of Virginia Beach